JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>PAULA A. SOLIS AKA PAULA SOLIS,<br><br>     Defendant | No. 5: 15 cv 1120<br><br><br>CONSENT JUDGMENT |

  Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Paula A. Solis aka Paula Solis, in the principal amount of $3,579.52 plus interest accrued to June 9, 2015, in the sum of $8,392.31; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$11,971.83**.

DATED: September 24, 2015

By: Kiry Gray, Acting
     Clerk of the Court



     Jenny lam
     Deputy Clerk
   United States District Court

Page 5